UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH H. MASRI,<br><br>                               Plaintiff,<br><br>-against-<br><br>SHIMEN LIEBOWITZ, et al.,<br><br>                             Defendants. | 1:24-CV-1284 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated April 15, 2024, and entered the next day, the Court dismissed this *pro se* action, but granted Plaintiff 30 days' leave to replead his claims in an amended complaint, as specified in that order. (ECF 4.) On May 16, 2024, Plaintiff filed a letter requesting a 60-day extension of time to file an amended complaint. (ECF 5.) The Court grants Plaintiff's request. Plaintiff must file an amended complaint, as specified in the Court's April 15, 2024 order, within 60 days of the date of this order. If Plaintiff fails to comply within the extended time allowed, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's April 15, 2024 order.

SO ORDERED.

Dated:   May 17, 2024
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                   Chief United States District Judge