UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH H. MASRI,

                          Plaintiff,

           -against-

JUDGE BARBARA O. AFRIYIE; ET AL.,

                       Defendants.

24-CV-1284 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 1, 2024
           New York, New York

                            /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                 Chief United States District Judge